IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

WILMINGTON SAVINGS FUND SOCIETY,
FSB, AS OWNER TRUSTEE OF THE
RESIDENTIAL CREDIT OPPORTUNITIES
TRUST VII-A,
                Case No. 21-cv-00375-KG-JFR

    Plaintiff,

v.

MAX A. JURISH, GEORGIANNA JURISH,
and KIRTLAND FEDERAL CREDIT UNION,

    Defendants.

## STIPULATED ORDER APPROVING REPORT OF SPECIAL MASTER AND CONFIRMING SALE

THIS MATTER comes before the Court upon the Report of Special Master, filed November 12, 2021 (Doc. 20-1), submitted by David Washburn as well as Plaintiff's Unopposed Motion Seeking Entry of Order Approving Report of Special Master, filed November 12, 2021 (Doc. 21). As indicated by the Report of Special Master, as previously authorized by the Court the Special Master has conducted a foreclosure auction for the real estate involved in this lawsuit with the property sold at auction to Plaintiff Wilmington Savings Fund Society, FSB, as Owner Trustee of the Residential Credit Opportunities Trust VII-A ("Plaintiff") for the amount of $55,600.00, the highest bid offered.

IT IS THEREFORE ORDERED that the Report of Special Master is hereby approved and the sale is hereby confirmed.

IT IS FURTHER ORDERED that the purchase of the real estate at the sale pays in full the judgment of Plaintiff plus any special master fees and costs of sale, Plaintiff's attorneys fees, taxes and costs, and Plaintiff's expenses.

IT IS FURTHER ORDERED that the Special Master's Deed attached to the Report of Special Master is hereby approved and is to be issued to Plaintiff. Upon delivery of the deed, the Special Master shall be discharged without further order of the Court.

IT IS FURTHER ORDERED that Plaintiff Wilmington Savings Fund Society, FSB, as Owner Trustee of the Residential Credit Opportunities Trust VII-A shall take title to the real estate described in the Special Master's Deed, free and clear of any and all claims, liens, right, title or interest of Defendants herein, and all persons claiming by or through them, subject only to the items set forth in the Special Master's Deed, and subject further to the right of redemption, the period of which is one (1) month from the date of the filing of this Order with the Clerk of the District Court.

UNITED STATES DISTRICT JUDGE

**SUBMITTED BY:**

KELEHER & MCLEOD, P.A.

*/s/ Ryan M. Walters*
Ryan M. Walters
*Attorneys for Plaintiff Wilmington Savings*
PO Box AA
Albuquerque, NM 87103
Phone: 505-346-4646
rmw@keleher-law.com

**APPROVED BY:**

*/s/ Jason M. Wexler (approved via email November 12, 2021)*
Jason M. Wexler
Aldridge, Hammar & Wexler, P.A.
1212 Pennsylvania NE
Albuquerque, NM 87110
Phone: 505-266-8787
jwexler@abqlawnm.com

(consent to in rem judgment filed of record at Doc. 10-1)
Max A. Jurish
10620 N. Longview Ave
Marana, AZ 85653

(consent to in rem judgment filed of record at Doc. 11-1)
Georgianna Jurish
10620 N. Longview Ave
Marana, AZ 85653