IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

WILMINGTON SAVINGS FUND SOCIETY,
FSB, AS OWNER TRUSTEE OF THE
RESIDENTIAL CREDIT OPPORTUNITIES
TRUST VII-A,

      Plaintiff,

vs.                                              Civ. No. 21-0375 KG/JFR

MAX A. JURISH, GEORGIANNA JURISH,
and KIRTLAND FEDERAL CREDIT UNION,

      Defendants.

## ORDER FOR STATUS REPORT

This matter comes before the Court *sua sponte*. The Court approved the Report of Special Master and confirmed the sale via stipulated Order on November 19, 2021. (Doc. 22). More than one (1) month has passed since the Court entered the Order, and the redemption period has ended. It appears to the Court that this case has concluded and is ready to be closed. Plaintiff is, therefore, ordered to submit a status report no later than February 14, 2022, notifying the Court of any reason, should one exist, that this case cannot be closed. In the event Plaintiff identifies a reason this case should not be closed, Plaintiff will inform the Court of this matter's current status.

      IT IS SO ORDERED.

                                                                UNITED STATES DISTRICT JUDGE